## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa Thomas, on behalf of herself individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Pawn America Minnesota, LLC, Payday America, Inc., and PAL Card Minnesota, LLC,<br><br>Defendants. | Case No. 21-cv-02554 (PJS/HB) |
| Randell Huff, on behalf of himself individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Pawn America Minnesota, LLC, Payday America, Inc., and PAL Card Minnesota, LLC,<br><br>Defendants. | Case No. 21-cv-02569 (PJS/HB) |
| Megan Murillo, on behalf of herself individually and all others similarly situated,<br><br>Plaintiff,<br><br>v. | Case No. 21-cv-02574 (PJS/HB) |

Pawn America Minnesota, LLC, Payday America, Inc., and PAL Card Minnesota, LLC,

               Defendants.

## PLAINTIFFS' UNOPPOSED MOTION FOR CONSOLIDATION OF RELATED ACTIONS

Pursuant to Federal Rules of Civil Procedure 42(a) and Judicial Orders for Reassignment of Related Cases, Plaintiffs in the above-captioned actions respectfully move to consolidate three related putative class actions now pending before this Court:

- *Melissa Thomas v. Pawn America Minnesota, LLC, Payday America, Inc., and PAL Card Minnesota, LLC*, No. 21-cv-02554 (PJS/HB) ("Thomas") filed on November 23, 2021;

- *Randell Huff v. Pawn America Minnesota, LLC, Payday America, Inc., and PAL Card Minnesota, LLC*, No. 21-cv- 02569 (PJS/HB) ("Huff") filed November 24, 2021; and

- *Megan Murillo v. Pawn America Minnesota, LLC, Payday America, Inc., and PAL Card Minnesota, LLC*, No. 21-cv-02574 (PJS/HB) ("Murillo") filed on November 29, 2021;

and to adjourn all deadlines for all Defendants to file a responsive pleading until Plaintiffs' Court-appointed interim leadership has been ordered by the Court and Plaintiffs' interim leadership files a Consolidated Complaint, and an appropriate responsive pleading schedule is established.

This Motion is based upon the Memorandum of Law filed contemporaneously herewith, and upon all files, records, and proceedings in this matter.

December 6, 2021

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner (MN #0326689)
Jeffrey D. Bores (MN #227699)
Christopher P. Renz (MN #0313415)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
*bbleichner@chestnutcambronne.com*
*jbores@chestnutcambronne.com*
*crenz@chestnutcambronne.com*

*Counsel for Plaintiffs Thomas and Murillo*

Terence R. Coates*
Justin C. Walker*
**MARKOVITS, STOCK & DEMARCO, LLC**
3825 Edwards Road, Suite. 650
Cincinnati, OH 45209
Phone: (513) 651-3700
*tcoates@msdlegal.com*
*jwalker@msdlegal.com*

*Counsel for Plaintiff Thomas*

*/s/ Nathan D. Prosser*
Nathan D. Prosser (MN #0329745)
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street
Edina, MN 55439
Phone: (952) 941-4005
Email: *nprosser@hjlawfirm.com*

Joseph Lyon*
**THE LYON LAW FIRM LLC**
2754 Erie Ave.
Cincinnati, Ohio 45208
Phone: (513) 381-2333
Email: *jlyon@thelyonfirm.com*

3

*Counsel for Plaintiff Huff*

David K. Lietz*
**MASON LIETZ & KLINGER LLP**
5301 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Phone: (202) 429-2290
*dlietz@masonllp.com*

Gary M. Klinger*
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60630
Phone: (202) 429-2290
*gklinger@masonllp.com*
*Counsel for Plaintiff Murillo*

* Pro Hac Vice Application Forthcoming