UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Pawn America Consumer Data Breach Litigation | Case No. 21-cv-02554 (PJS/HB) <br><br> Jury Trial Demanded |

### MOTION TO DISMISS

Defendants Pawn America Minnesota, LLC, Payday America, Inc., and PAL Card Minnesota, LLC, by and through their undersigned counsel, and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, move the court to dismiss plaintiffs' Consolidated Class Action Complaint (the "Complaint") for lack of standing and failure to state a claim. The Complaint fails to establish Article III standing for any named plaintiff on grounds that only two of the five named plaintiffs attempt to allege actual misuse of their personally-identifiable information ("PII"), and those two named plaintiffs still fail to allege facts making such alleged misuse fairly traceable to acts of the defendants. In the alternative, to the extent the Court finds any plaintiff has established standing, then the Complaint still should be dismissed pursuant to Rule 12(b)(6) for failure to state a claim on which relief may be granted. Plaintiff's allegations fail to establish causation and actual damages, essential elements of all of their claims. Moreover, Plaintiffs have failed to state facts to support claims of implied contract or negligence per se under applicable law.

The reasons why dismissal is proper are more fully set forth in the accompanying Memorandum of Law in support of this motion.

1

Respectfully Submitted,

SPENCER FANE LLP

/s/ Thomas W. Hayde
Thomas W. Hayde
(Admitted *Pro Hac Vice*)
1 N. Brentwood Blvd.
Suite 1000
St. Louis, MO 63105
Telephone: 314-863-7733
Facsimile: 314-862-4656
thayde@spencerfane.com

Shawn Tuma
(Admitted *Pro Hac Vice*)
5700 Granite Parkway
Suite 650
Plano, TX 75024
Telephone: 972 324-0300
Facsimile: 972 324-0301
stuma@spencerfane.com

STINSON LLP

/s/ Doug Boettge
Doug Boettge (MN # 0237292)
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
Telephone: 612-335-7252
douglas.boettge@stinson.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2022, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Thomas W. Hayde