UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Pawn America Consumer Data Breach Litigation | Case No. 21-cv-2554 (PJS/JFD) |

**ORDER**

This matter is before the Court on the Motion to Stay Litigation Pending Appeal from Order Denying Arbitration (Dkt. No. 118) filed by PAL Card Minnesota, LLC, Pawn America Minnesota, LLC, and Payday America, Inc. At the motion hearing on June 13, 2023, the parties agreed that the question presented by the motion—whether a district court case must be stayed when a party files an interlocutory appeal, under the Federal Arbitration Act, on the question of arbitrability—was squarely presented in a case that had been fully briefed and argued before the United States Supreme Court. Today, the Supreme Court issued its decision in *Coinbase, Inc., v. Bielski*, No. 22-105, 599 U.S. ----, --- S. Ct. ----, 2023 WL 4138983 (June 23, 2023). The Supreme Court held that a "district court must stay its proceedings while the interlocutory appeal on arbitrability is ongoing." *Id.* at *3.

The Supreme Court's decision in *Coinbase* is dispositive of the motion pending before this Court. Accordingly, the Motion to Stay Litigation Pending Appeal from Order Denying Arbitration (Dkt. No. 118) is **GRANTED**, and this case is **STAYED**.

Date: June 23, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge