UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Pawn America Consumer Data Breach Litigation | Case No. 21-cv-02554 (PJS/JFD)<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Monique Derr, Randell Huff, Paola Manzo, Megan Murillo, and Melissa Thomas, by and through their undersigned counsel of record, respectfully move the Court for an order granting preliminary approval of the $3,185,000 non-reversionary common fund class action settlement reached between the Parties and the plan for settlement administration, notice, and distribution.

This Motion is supported by the accompanying memorandum of law; the declaration of Christopher P. Renz; the declaration of Verita Global, LLC; the record references set forth in the memorandum of law; all of the records, files, and proceedings in this matter; and the arguments of counsel to be made at any preliminary approval hearing. Plaintiffs have met and conferred with Defendants and determined that Defendants do not oppose this motion.

Dated: August 22, 2025            *s/ Christopher P. Renz*
Bryan L. Bleichner (MN #0326689)
Christopher P. Renz (MN #0313415)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South
Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
*bbleichner@chestnutcambronne.com*
*crenz@chestnutcambronne.com*

Nathan D. Prosser (MN #0329745)
**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
*nprosser@hjlawfirm.com*

*Counsel for Plaintiffs and Proposed Class*